UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY TODD LAWSON,

Petitioner,

v.

DAVID COOK, *et al.*,

Respondents.

CASE NO. 3:26-cv-05480-RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court adopts the R&R.

(2) Petitioner's federal habeas Petition is dismissed without prejudice, and his application to proceed *in forma pauperis* is denied as moot.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

**DATED** this 28th day of August, 2026.

The Honorable Richard A. Jones
United States District Judge